Case 3:05-cr-05896-RBL   Document 15-2   Filed 07/12/2006   Page 1 of 2

JUDGE RONALD B. LEIGHTON

FILED RECEIVED LODGED
JUL 17 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5896RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| WILLIAM G. FUGITT, | ) | |
| Defendant. | ) | |

Based on the motion by the defendant to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                1



05-CR-05896-ORD

1  4. Taking into account the exercise of due diligence, a continuance is necessary
2  to allow the defendant the reasonable time for effective preparation of his defense. 18
3  U.S.C. § 3161(h)(8)(B)(iv).
4  NOW, THEREFORE,
5  IT IS HEREBY ORDERED that the trial date is continued from July 17, 2006 to
6  October 16, 2006, at 9:00 a.m. The resulting period of delay from
7  July 17, 2006, to October 16, 2006, is hereby excluded for speedy trial
8  purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).
9  Pre-trial motions are due no later than September 5, 2006.
10 Pre-trial conference shall be on N/A, 2006, at ___ am/pm.
11 DONE this 17th day of July, 2006.

_____
JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

15 Presented By:

/s/
17 Miriam Schwartz
Assistant Federal Public Defender

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE            2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710