JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5896RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| WILLIAM GARY FUGITT, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Miriam Schwartz and Memorandum in Support of the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender and Assistant Federal Public Defender Miriam Schwartz are permitted to withdraw as defense counsel in this matter; new defense counsel shall be appointed from the CJA panel to represent the defendant.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

IT IS SO ORDERED this 5th day of October, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

*/s/ Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Fugitt*, CR05-5896(RBL)      – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington  98402