1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO.  CR05-5896RBL |
| v. | ORDER CONTINUING TRIAL DATE |
| WILLIAM GARY FUGITT,, | |
| Defendant. | |

On October 5, 2006, counsel for defendant was allowed to withdraw and new counsel was appointed on October 6, 2006. Mr. Williams has orally acknowledged, on the record,  that a continuance of the trial would happen due to the late substitution of counsel,. **An executed speedy trial waiver shall be filed with the court as soon as practicable..** In order to allow new counsel the time to prepare the October 16, 2006 trial date is stricken.  The  Trial Date is **NOW SET for JANUARY 22, 2006.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **October 16, 2006 to January 22, 2007** is excluded for

ORDER -1

speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **JANUARY 22, 2007 at 9:00 a.m.**

The Motions Cutoff date is extended to **DECEMBER 4, 2006**

IT IS SO ORDERED this 13th day of October , 2006

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2

ORDER -2