|  |  |
|---|---|
| 1 | Judge Leighton |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR05-5896RBL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| | ) | |
| WILLIAM GARY FUGITT, | ) | **AMENDED** |
| | ) | |
| Defendant. | ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow the government adequate time to investigate information proffered by the defendant and allow the parties effectively to prepare for trial.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued APRIL 30, 2007 @ 9:00 am, and that the period of time from January 22, 2007, up to and including April 30, 2007, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

///

///

ORDER CONTINUING TRIAL/FUGITT (CRO5-5896RBL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS FURTHER ORDERED that the new Motions Cutoff Date in the case shall
2  be established as March 19, 2007.
3
4  IT IS SO ORDERED this 17th day of January, 2007.

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE

Presented by:


s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3830
Facsimile: (253) 428-3826
E-mail: Kent.Liu@usdoj.gov



s/ Karen Unger (telephonic approval)
KAREN UNGER
Attorney for William Gary Fugitt